SCOTT N. JOHNSON, ESQ., SBN 166952
Law Offices of SCOTT N. JOHNSON
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>    Plaintiff,<br><br>  vs.<br><br>Your Vacation Center, LLC, et al<br><br>    Defendants. | Case No.: CIV.S 07-cv-00180-RRB-DAD<br><br>**Stipulation and ORDER granting leave of court to file a second amended complaint [FRCP 15]** |

Plaintiff seeks leave of court to file a second amended complaint because the property owners of the subject property who are the only remaining defendants have converted the property from being held as individuals to an LLC [Karim Investments LLC]. The second amended complaint also limits property alterations to the common areas of the subject property and also increases the number of forgone visits based on personal knowledge of the architectural barriers. No defendants have filed an answer or response to either the original complaint of the first amended complaint. Attached hereto as Exhibit A is the proposed second amended

1

Stipulation and Proposed ORDER                                    CIV: S-07-cv-00180-RRB-DAD

complaint with exhibits which show the property ownership information being converted from individuals to the Karim Investments LLC.

Dated: July 16, 2007

  /s/ Scott N. Johnson
SCOTT N. JOHNSON,
Plaintiff, In Pro Per

**IT IS SO ORDERED**.

Dated:   July 17, 2007

/s/ Ralph R. Beistline
Hon. Ralph R. Beistline
U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com