1  SCOTT N. JOHNSON, ESQ., SBN 166952
   Law Offices of SCOTT N. JOHNSON
2  5150 FAIR OAKS BLVD., SUITE 101
   PMB #253
3  CARMICHAEL, CA 95608-5758
   TELEPHONE (916) 485-3516
4  FAX (916) 481-4224

5  Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| SCOTT N. JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>Karim Investments, LLC<br><br>    Defendants. | Case No.: CIV.S 07-cv-00180-RRB-DAD<br><br>**Plaintiff's Request for leave of court to file a third amended complaint and *Order* [FRCP 15]** |
|---|---|

Plaintiff seeks leave of court to file a third amended complaint because of a change in business operators. No defendants have filed an answer or response to the original complaint, the first amended complaint, or second amended complaint. Service of Process for the existing defendant Karim Investments, LLC has not been completed because the address listed with the Secretary Of State for the agent of process is non existent. Attached hereto as Exhibit A, is the proposed third amended complaint with exhibits which shows the new business ownership information.

1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: December 4, 2007 |   /s/ Scott N. Johnson<br>SCOTT N. JOHNSON,<br>Plaintiff, In Pro Per |

**IT IS SO ORDERED**.

| | |
|---|---|
| Dated: December 5, 2007 | /s/ Ralph R. Beistline_____<br>U.S. DISTRICT JUDGE |

2

Plaintiff's Request and Proposed ORDER            CIV: S-07-cv-00180-RRB-DAD

PDF created with pdfFactory trial version www.pdffactory.com